In re MAGINN. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) In the matter of the appointment of a committee of the person and estate of Edward Maginn, an alleged incompetent. No opinion. Motion to dismiss appeal denied.
(99 App. Div. 623)

MANDA, Appellant, v. ETIENNE, Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Albert A. Manda against Emilius Etienne. H. M. Hitchings, for appellant. H. W. Rudd, for respondent.

PER CURIAM. Judgment and order affirmed, on opinion in Manda v. Etienne, 93 App. Div. 609, 87 N. Y. Supp. 588, with costs.

MARION, Respondent, v. MILLIKEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by A. Boyce Marion against Earle Milliken and Ira Milliken, doing business as E. Milliken & Co.

PER CURIAM. Order modified, by inserting a provision granting the motion to the extent of striking out the provision in the order for the defendants' examination requiring the defendants to submit all the books and papers of the corporation for the inspection of the plaintiff herein, and, as thus modified, affirmed, without costs.

MARION, Respondent, v. MILLIKEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by A. Boyce Marion against Earle Milliken and Ira Milliken, doing business as E. Milliken & Co. No opinion. Motion to resettle order denied.

MARKS v. ELLIOTT. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Alfred C. Marks against Arthur H. Elliott. No opinion. Motion denied, with $10 costs.

MARSHALL, Respondent, v. HARRINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Louis Marshall against William H. Harrington.

PER CURIAM. Order affirmed, with costs. STOVER, J., not voting.

MARSHALL, Respondent, v. TALBOT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Lena Marshall against Ashton Buchanan Talbot. No opinion. Judgment and order affirmed, with costs.

MASON, Appellant, v. SIMS, Respondent. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by John D. Mason against Caroline A. Sims. No opinion. Judgment of the Municipal Court affirmed, with costs.

MATTESON, Respondent, v. WALTERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Frank D. Matteson against Louis W. Walters.

PER CURIAM. Judgment affirmed, with costs.

STOVER, J., not voting.

In re MAY et al. (Supreme Court, Appellate Division, First Department. January 13, 1905.) In the matter of Adam May and others. No opinion. Motion granted. Time extended to July 1, 1905.

MAY et al., Respondents, v. COOK, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Nathan May and others against George Cook.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal and serve the printed papers within 10 days. On compliance with these conditions, the motion is denied, without costs.

MAY, Respondent, v. WESTERN UNION TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Walter May against the Western Union Telegraph Company.

PER CURIAM. Order affirmed, with costs. WILLIAMS, J., not voting. HISCOCK, J., not sitting.

MAY, Respondent, v. WESTERN UNION TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Walter May against the Western Union Telegraph Company.

PER CURIAM. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. HISCOCK, J., not sitting.

MAYER et al., Appellants, v. ROTHFUSS, Respondent. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Gerson Mayer and others against Oscar M. Rothfuss, as administrator. B. Tuska, for appellants. A. C. Eustace, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MERES v. EMMONS. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Frederick R. Meres against James G. Emmons. No opinion. Motion denied, upon payment of $10 costs.

In re MEYER (two cases). (Supreme Court, Appellate Division, First Department. January 6, 1905.) In the matter of John D. Meyer. No opinion. Motion granted.

MICHAELS, Respondent, v. STEIGERWALD, Appellant. (Supreme Court, Appel-